UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| RONALD SUMBANG, | ) | |
| | ) | 2:11-cv-01343-PMP-CWH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BAC HOME LOAN SERVICING LP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

      Before the Court for consideration is Defendants' fully briefed Motion to Dismiss (Doc. #4) filed September 22, 2011.  In his Opposition to Defendants Motion (Doc. #7), Plaintiff fails to address the merits of the arguments set forth by Defendants in support of their Motion to Dismiss. Each of those arguments advanced by Defendants have merit, and for the reasons set forth in Defendants' Motion to Dismiss (Doc. #4) and Reply Memorandum (Doc. 8), the Court finds that Defendants' Motion to Dismiss should be granted.

      **IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. #4) is **GRANTED** and that Plaintiff's Complaint is hereby dismissed.

Dated this 26th day of October, 2011.

_____
PHILIP M. PRO
United States District Judge